UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE GALLANT,

        Plaintiff,                                      Case No. 1:13-CV-688

v.                                                      HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
                                                        /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 10, 2014, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 18) recommending that the final decision of the Commissioner of Social Security denying Plaintiff's claims for disability insurance benefits and supplemental security income benefits be affirmed in part and vacated in part. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's October 10, 2014, R&R (ECF No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claims for disability insurance benefits and supplemental security

income benefits is **AFFIRMED IN PART** and **VACATED IN PART**. Specifically, the portion of the ALJ's decision finding that plaintiff was not disabled through August 22, 2009, is **AFFIRMED**, and the portion of the ALJ's decision finding that plaintiff was not disabled during the period from August 23, 2009, through December 29, 2011, is **VACATED**.

**IT IS FURTHER ORDERED** that the vacated portion is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated: November 3, 2014    /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE